ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| Pacific West Builders | )  ASBCA No. 64382 |
| | ) |
| Under Contract No. FA4427-20-C-0021 | ) |

APPEARANCE FOR THE APPELLANT:   Richard J. Pinto, Esq.
                                  Marks & Pinto, L.L.P.
                                  San Diego, CA

APPEARANCES FOR THE GOVERNMENT:   Caryl A. Potter, III, Esq.
                                   Air Force Deputy Chief Trial Attorney
                                   Lt Col Jeffrey J. Hannon, USAF
                                   Trial Attorney

OPINION BY ADMINISTRATIVE JUDGE EYESTER

The parties have resolved their dispute and request that the Board enter judgment in favor of appellant. It is the Board's decision, pursuant to 41 U.S.C. §§ 7105(e), 7108(b), and the parties' stipulation and agreement, that the appeal is sustained.

In the nature of a consent judgment, the Board makes a monetary award to appellant in the amount of $95,000. This amount is inclusive of Contract Disputes Act interest. No further interest shall be paid.

Dated: March 17, 2026

LAURA EYESTER
Administrative Judge
Armed Services Board
of Contract Appeals

I concur

J. REID PROUTY
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I concur

MICHAEL N. O'CONNELL
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Opinion and Decision of the Armed Services Board of Contract Appeals in ASBCA No. 64382, Appeal of Pacific West Builders, rendered in conformance with the Board's Charter.

Dated: March 17, 2026

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals

2